IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATALIE ROSE SANDY FERGUSON, | ) | Case No. 4:20-CV-02613 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KNAPP |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 28, 2022, Magistrate Judge Knapp filed a report and recommendation ("R&R") recommending the final decision of the Commissioner be VACATED and REMANDED pursuant to 42 U.S.C. § 405(g) sentence four, for further proceedings. ECF Doc. 21. On March 2, 2022, the Commissioner of Social Security filed a response to the R&R stating that she would not be filing an objection to the R&R. ECF Doc. 22.

The Court has reviewed Magistrate Judge Knapp's R&R and agrees that the Commissioner's decision should be vacated and remanded. The Court ADOPTS the R & R (ECF Doc. 21) in full, VACATES the Commissioner's decision, and REMANDS the case pursuant to 42 U.S.C. § 405(g) sentence four, for further proceedings consistent with the R&R.

IT IS SO ORDERED.

Dated: March 2, 2022

*s/Dan Aaron Polster*
United States District Judge